# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-16-00064-CV

---

**F. M. F.-C., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT**
**NO. D-1-FM-14-005653, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

F.M.F.-C. appeals from the trial court's order terminating his parental rights to his minor child, F.M.F.[1]  *See* Tex. Fam. Code § 161.001.  Following a termination hearing, the trial court found by clear and convincing evidence that statutory grounds for terminating F.M.F.-C.'s parental rights existed and that termination was in the child's best interest.  *See id.* §§ 161.001(1)(D), (N), (O), (2).

On appeal, F.M.F.-C.'s court-appointed attorney has filed a motion to withdraw and a brief concluding that the appeal is frivolous and without merit.  *See Anders v. California*, 386 U.S. 738, 744 (1967); *Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646–47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental rights).  The brief meets the requirements of *Anders* by presenting a

---

[1]  We refer to the father and his child by their initials only.  *See* Tex. Fam. Code § 109.002(d); Tex. R. App. P. 9.8.

professional evaluation of the record demonstrating why there are no arguable grounds to be advanced on appeal. *See* 386 U.S. at 744; *Taylor*, 160 S.W.3d at 646–47. Appellant's counsel has certified to this Court that he provided F.M.F.-C. with a copy of the *Anders* brief and motion to withdraw as counsel and informed him of his right to examine the appellate record and to file a pro se brief. The Department of Family and Protective Services has filed a response to the *Anders* brief waiving its right to file an appellee's brief unless F.M.F.-C. files a pro se brief. To date, F.M.F.-C. has not filed a pro se brief.

Upon receiving an *Anders* brief, we must conduct a full examination of all of the proceedings to determine whether the appeal is wholly frivolous. *Penson v. Ohio*, 488 U.S. 75, 80 (1988). We have reviewed the entire record, including the *Anders* brief submitted on F.M.F.-C.'s behalf, and have found nothing that would arguably support an appeal. We agree that the appeal is frivolous and without merit. Accordingly, we affirm the trial court's order terminating F.M.F.-C.'s parental rights. We deny counsel's motion to withdraw.[2]

---

[2] *See In re P.M.*, No. 15-0171, ___ S.W.3d ___, 2016 Tex. LEXIS 236 (Tex. Apr. 1, 2016) (per curiam). In *In re P.M.*, the Texas Supreme Court held that the right to counsel in suits seeking the termination of parental rights extends to "all proceedings in [the Texas Supreme Court], including the filing of a petition for review." *Id.* at *7–8. Accordingly, counsel's obligation to F.M.F.-C. has not yet been discharged. *See id.* If F.M.F.-C., after consulting with counsel, desires to file a petition for review, counsel should timely file with the Texas Supreme Court "a petition for review that satisfies the standards for an *Anders* brief." *See id.*

2

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Affirmed

Filed:   June 2, 2016